EDGAR R. JERSEY, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— In an action to recover under the disability clause of an insurance policy which provided for payment only when the insured was permanently, continuously and wholly prevented for life from engaging in any occupation or employment for wage or profit, judgment for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

WILLIAM MARCANTONIO, an Infant, by DOMENICO MARCANTONIO, His Guardian ad Litem, Respondent, v. CITY OF BEACON, Appellant.— In an action to recover damages for personal injuries sustained by the infant plaintiff when he stepped into a hole adjacent to a concrete sidewalk and in part within the boundaries of the street, and fell, the plaintiff had a verdict. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.